MW

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Mario Rajib Flores Molina,

               Petitioner,

v.

William Barr, *et al.*,

               Respondents.

No. CV-20-00871-PHX-JJT (JZB)

**ORDER**

Petitioner Mario Rajib Flores Molina (A# 215-879-596) has filed, through counsel, an Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and Complaint for Injunctive and Declaratory Relief (Doc. 28) and an Application for Temporary Restraining Order or Preliminary Injunction (Doc. 29) seeking his release from the CoreCivic La Palma Correctional Center. The United States Immigration and Customs Enforcement ("ICE") Online Detainee Locator System[1] appears to indicate that Petitioner has been released and is longer detained in ICE custody. Accordingly,

. . . .

. . . .

. . . .

. . . .

---

[1] *See* ICE Online Detainee Locator System, https://locator.ice.gov.

**IT IS ORDERED** that on or before **December 17, 2020**, the parties must file a joint status report regarding Petitioner's current custody status. If Petitioner is currently detained, the parties must advise whether his custody status has been or will be reviewed pursuant to the order of preliminary injunction issued in *Fraihat v. ICE*, Case No. 5:19-cv-01546-JGB-SHK, 445 F. Supp. 3d 709 (C.D. Cal. Apr. 20, 2020), *clarified by* 2020 WL 6541994 (C.D. Cal. Oct. 7, 2020).

Dated this 17th day of December, 2020.

Honorable John J. Tuchi
United States District Judge