MW

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Rajib Flores Molina,<br><br>　　　　　Petitioner,<br><br>v.<br><br>William P. Barr, et al.,<br><br>　　　　　Respondents. | No. CV-20-00871-PHX-JJT (JZB)<br><br>**ORDER** |

Having considered the parties' joint motion and report and finding good cause appearing,

**IT IS ORDERED:**

(1) The parties' Joint Motion to Dismiss as Moot (Doc. 38) is **granted**.

(2) Petitioner's Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and Complaint for Injunctive and Declaratory Relief (Doc. 28) and this action are **dismissed without prejudice** in their entirety.

(3) Petitioner's Application for Temporary Restraining Order or Preliminary Injunction (Doc. 29) is **denied as moot**.

(4) The Clerk of Court shall enter judgment accordingly and terminate this case.

Dated this 18th day of December, 2020.

Honorable John J. Tuchi
United States District Judge