# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Rajib Flores Molina,<br><br>    Petitioner,<br><br>v.<br><br>William P Barr, et al.,<br><br>    Respondents. | **NO. CV-20-00871-PHX-JJT (JZB)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed December 18, 2020, Petitioner's Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and Complaint for Injunctive and Declaratory Relief and this action are dismissed without prejudice in their entirety.

                                   Debra D. Lucas
                                   District Court Executive/Clerk of Court

December 18, 2020

                              By   s/ S. Quinones
                                   Deputy Clerk